## **AFFIDAVIT OF SPECIAL AGENT BRADLEY GULLICKSRUD**

I, Bradley Gullicksrud, being duly sworn, state the following:

### **Agent Background**

1. I have been employed as a Special Agent with the Federal Bureau of Investigation ("FBI") since November 2014, and am currently assigned to the Boston Field Office, Organized Crime Drug Enforcement Task Force (OCDETF) Strike Force. I am a "federal law enforcement officer" as defined in Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure, that is, a government agent who is engaged in enforcing the criminal laws of the United States and within a category of officers authorized by the Attorney General to request a search warrant.

2. Prior to my current employment with the FBI, I was employed by the Aurora, Colorado Police Department for approximately ten years. During that time, I worked as a Patrol Officer, Vice and Narcotics Investigator, and as a Task Force Officer assigned to the FBI Denver Metro Gang Task Force.

3. During my career in law enforcement, I have received training and gained experience related to a variety of criminal activities. In the course of my training and experience, I have become familiar with the methods and techniques associated with the distribution of narcotics, the laundering of drug proceeds, and the organization of drug trafficking conspiracies. In the course of conducting criminal investigations, I have employed the following investigative techniques: interviewing informants and cooperating witnesses; conducting physical surveillance; conducting short-term and long-term narcotics investigations; consensual monitoring and recording of both telephonic and non-telephonic communications; analyzing telephone pen register and toll record data; conducting court-authorized electronic surveillance;

and preparing and executing search warrants that resulted in substantial seizures of narcotics, firearms, and other contraband.

4.      I have also conducted investigations involving identity theft; particularly the use of personal information belonging to citizens of Puerto Rico to fraudulently obtain Massachusetts driver's licenses. Based on my training and experience, I know that people often keep identification documents and other evidence of their identities for long periods – sometimes years – and tend to retain such documents even when they depart a given residence. Such documents include Social Security cards, passports, tax returns, legal documents, utility bills, phone bills, health insurance or prescription cards, medical records, marriage licenses, family records, scrapbooks, photographs (physical or digital), diplomas and other school records, birth certificates, immunization records, bank records, credit card statements, personal correspondence, and books or mementos on which they have inscribed their names. I also know that such documents are sometimes maintained in electronic form, including as files that are saved to mobile phones, tablets, or other computer equipment.

## Purpose of Affidavit

5.      I submit this affidavit in support of an application for a criminal complaint seeking an arrest warrant for OMAR LNU ("OMAR") on the charges of Misuse of a Social Security Number, in violation of 42 U.S.C. § 408(a)(7)(B), and Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A.

6.      I also submit this affidavit in support of an application for the issuance of a search warrant pursuant to Federal Rule of Criminal Procedure 41 to search the premises of 30 Julian Street, Apartment #2, Dorchester, Massachusetts, as more fully described in Attachment A, for the items set forth in Attachment B.

7.      This affidavit is based on my personal knowledge, information provided to me by other law enforcement officers and federal agents, and my review of records described herein. This affidavit is not intended to set forth all of the information that I have learned during this investigation, but includes only the information necessary to establish probable cause for the requested complaint and search warrant.

## Probable Cause

### Prior RMV Applications[1]

8.      On November 2, 2012, OMAR appeared in person at the Massachusetts Registry of Motor Vehicles ("RMV") office and submitted an application for a Massachusetts Identification Card. On the application, OMAR identified himself as J.R.F.S., date of birth, xx/xx/1974, and Social Security Number ("SSN") xxx-xx-3495.[2] OMAR signed the application under penalty of perjury. A photograph of OMAR was taken on November 2, 2012 as part of the application process, and was stored in the RMV database. As part of this application, OMAR submitted a birth certificate and social security card with J.R.F.S.'s identification information, and a bill from Comcast showing an address in Dorchester, Massachusetts. As a result of this application, the RMV issued OMAR Massachusetts Identification Card number xxxxx2375 in the name of J.R.F.S.

9.      On January 24, 2013, OMAR submitted an application to the RMV for the Massachusetts Learner's Permit Exam. On the application, OMAR identified himself as J.R.F.S., date of birth, xx/xx/1974, and SSN xxx-xx-3495. OMAR signed the application under

---

[1] The applications for an identification card, learner's permit, and driver's license that occurred in 2012-13, fall outside the five-year statutes of limitations for 42 U.S.C. § 408(a)(7)(B) and 18 U.S.C. § 1028A. They are included in this affidavit to provide context to the Court for the initial issuance of the RMV documents. The charged conduct is described in paragraph 11 and occurred within the statute of limitations.

[2] The identity of the victim, J.R.F.S., is known to the Government. These initials represent the victim's first name, middle name, paternal last name, and maternal last name. In order to protect the victim's privacy, only the initials "J.R.F.S." or "J.S." are used in this affidavit.

penalty of perjury. As part of the application, OMAR submitted his previously issued state identification card (xxxxx2375) and a social security card with J.R.F.S's SSN. After submitting this application, OMAR failed his online learner's permit examination and was not issued a permit.

10. On September 11, 2013, OMAR submitted another application to the RMV for the Massachusetts Learner's Permit Exam. On the application, OMAR identified himself as J.R.F.S., date of birth, xx/xx/1974, and SSN xxx-xx-3495. OMAR signed the application under penalty of perjury. After submitting this application, OMAR passed his permit examination and was issued Massachusetts Learner's Permit number xxxxx2375 in the name of J.R.F.S.

11. On October 9, 2013, OMAR submitted an application to the RMV for a Massachusetts Driver's License. On the application, OMAR identified himself as J.R.F.S., date of birth, xx/xx/1974, and SSN xxx-xx-3495. OMAR signed the application under penalty of perjury. As part of the application, OMAR submitted his previously issued Massachusetts Learner's Permit (xxxxx2375). After submitting this application, OMAR passed his license examination and was issued a Massachusetts Driver's License number xxxxx2375 in the name of J.R.F.S. This license was set to expire on August 31, 2018.

12. On July 31, 2018, OMAR appeared in person at the Massachusetts Registry of Motor Vehicles ("RMV") office and submitted a renewal application for his Massachusetts Driver's License xxxxx2375. On the application, OMAR identified himself as J.R.F.S., date of birth, xx/xx/1974, and SSN xxx-xx-3495. OMAR signed the application under penalty of perjury. A photograph of OMAR was taken on July 31, 2018 as part of the application process, and was stored in the RMV database. As part of the application, OMAR submitted a signed application which included J.R.F.S.'s SSN, OMAR's previously issued Massachusetts Driver's

License (xxxxx2375), and a birth certificate containing J.R.F.S.'s information. After submitting this application, OMAR was issued a renewed Massachusetts Driver's License number xxxxx2375 in the name of J.R.F.S. This license is set to expire on August 31, 2023.

### Confirmation of Valid Social Security Number

13. On January 23, 2019, a representative of the Social Security Administration confirmed that SSN xxx-xx-3495 is a valid SSN assigned to J.S., with a date of birth of xx/xx/1974.[3]

### Identification of the True J.R.F.S.

14. FBI personnel in the San Juan, Puerto Rico Office conducted a search of the Driver and Vehicle Information Database ("DAVID"), which includes driver's licenses and identification cards issued in Puerto Rico, for licenses and identification cards issued in the name of J.R.F.S. The search revealed that Puerto Rico Identification Card number xxx3424 was issued to an individual named J.R.F.S., with a date of birth of xx/xx/1974 and a SSN of xxx-xx-3495. The identification card was issued on October 19, 2018 and is set to expire on August 31, 2020. The identification card lists a residential address in San Juan, Puerto Rico and phone number xxx-xxx-2399. The identification card also has a photograph of the individual purported to be J.R.F.S.

15. FBI Boston personnel conducted social media searches for both OMAR and J.R.F.S. A cooperating defendant ("CD")[4] provided two separate phone numbers used by OMAR. Agents conducted an analysis of pen register data and toll records associated with both

---

[3] At the time I requested this information from the Social Security Administration, I did not yet have J.R.F.S.'s full name. When I made this request, I used the name J.S. and the Social Security Administration confirmed that SSN xxx-xx-3495 was assigned to that name.

[4] CD provided this information as part of a larger investigation in which CD received recommendations for a reduced sentence and monetary consideration for CD's assistance. Information provided by CD has been corroborated to the extent possible by FBI investigators, has resulted in the seizure of drugs and money, and is believed to be reliable.

phone numbers. The analysis revealed contact from both phone numbers to a phone number that was linked to a Facebook account under the name Ventura Mendez. A search of the Facebook friends listed in the Mendez account revealed a Facebook account under the name "Omar Lugo." The profile page on the "Omar Lugo" account has a profile page photograph of OMAR, among other unknown individuals. In the photograph album on "Omar Lugo's" Facebook account, there are additional photographs, many of which depict the same person. I have compared the photographs on the profile page and the photograph album of "Omar Lugo's" Facebook account with the photographs from the RMV of OMAR, described in paragraphs 8 and 12 above. I determined that they are photographs of the same person.

16. Agents also located a Facebook account under the name J.R.F.S. The account clearly depicts a profile page photograph that I believe to be the same person depicted on the Puerto Rico identification card issued in the name of J.R.F.S, described in paragraph 14 above. Additionally, the profile page for the account in the name of J.R.F.S states that J.R.F.S lives in San Juan, Puerto Rico and is from San Juan, Puerto Rico.

17. Further social media searches were conducted in relation to the phone number listed on the J.R.F.S. Puerto Rico identification card number xxx3424. A Spanish-speaking agent called the phone number and a female answered who advised the agent that she did not know J.R.F.S. Agents located Twitter and Skype accounts linked to the listed phone number. The account names for both accounts are similar, but not identical, to the name of J.R.F.S. Agents could not locate an active phone number for J.R.F.S. and have been unable to speak with him.

18. I have compared the photographs of OMAR from the Massachusetts Identification Card number xxxxx2375, taken on November 2, 2012, and from the Massachusetts Driver's License number xxxxx2375, taken on July 31, 2018, and the photographs of "Omar Lugo" from

6

Facebook, described in paragraphs 8, 12, and 15 above with the photographs of J.R.F.S. from Puerto Rico Identification Card number xxx3424, taken on October 19, 2018, and the photograph from the Facebook account in the name of J.R.F.S, described in paragraphs 14 and 16 above. I conclude that the photographs of OMAR and the photographs of J.R.F.S. do not depict the same person.

## OMAR's Residence

19. According to Massachusetts RMV records, OMAR, in the name J.S.[5] is the registered owner of a 2006 Hyundai Sonata, Massachusetts registration 3LZ388, registered at 568 Blue Hill Avenue, Apartment #3, Dorchester, Massachusetts. A query of the CLEAR law enforcement database License Plate Reader ("LPR") records, between the dates of January 1, 2018 and January 26, 2019, revealed that a LPR captured OMAR's Hyundai Sonata on public roadways 23 times. 11 of the hits were captured directly in front of, or within a block of 30 Julian Street, Dorchester, Massachusetts. The most recent hit occurred on January 15, 2019. Seven of the hits were captured in front of 568 Blue Hill Avenue, Dorchester, Massachusetts. The most recent hit was captured on October 6, 2018.

20. On February 9, 2018, CD reported that OMAR moved out of 568 Blue Hill Avenue and moved into 30 Julian Street, Apartment #2, Dorchester, Massachusetts. On January 16, 2019, CD reported to agents that OMAR was still living at 30 Julian Street, Apartment #2, Dorchester, Massachusetts.

21. On January 24, 2019, agents located OMAR's Hyundai Sonata parked on Rand Street, directly across the street from 30 Julian Street, Dorchester, Massachusetts. On January 25, 2019, agents located OMAR's vehicle parked in the same location on Rand Street. Agents

---

[5] The names associated with "R" and "F" were not used on the vehicle registration.

observed three separate mailboxes affixed to the building directly beside the front door. Each mailbox is clearly labeled as #1, #2, or #3. While conducting surveillance, agents observed different groups of individuals, none of whom was OMAR, check the mailboxes for apartments #1 and #3 before entering the front door of the building. On the same date, agents observed a woman retrieve mail from mailbox #1, exit and lock the interior door for the first-floor apartment (apartment #1). Approximately 30 minutes later, agents observed OMAR exit the front door of 30 Julian Street. Agents were able to positively identify OMAR through comparison to the photograph on OMAR's Massachusetts driver's license. OMAR walked directly to his Hyundai Sonata and drove away from the area.

22. On January 26, 2019, agents conducted surveillance at 30 Julian Street. Agents observed OMAR arrive in his Hyundai Sonata and park on Rand Street. OMAR was wearing a yellow vest and construction worker style clothing. OMAR walked directly to 30 Julian Street and entered the residence. Approximately 30 minutes later, agents observed OMAR exit the front door of 30 Julian Street dressed in casual clothing. OMAR drove away from the area in his Hyundai Sonata.

23. On January 28, 2019, at approximately 12:30 am, agents observed OMAR's Hyundai Sonata parked on Rand Street, in front of 30 Julian Street.

24. On January 24, 26, 28, 2019, agents also conducted surveillance of 568 Blue Hill Avenue and did not observe OMAR enter or leave the building and did not observe OMAR's Hyundai Sonata parked near that building.

25. On January 29, 2019, FBI Boston received NSTAR utility account records for all three apartments in 30 Julian Street, Dorchester, Massachusetts. OMAR is not listed on any of the account records. The NSTAR records included the phone numbers of the account holders for

each of the three apartments. Agents reviewed call records for the two phones known to be used by OMAR and found that the account holder for Apartment #2 has contacted his phone numbers. The call records show no contact between OMAR and the phone numbers associated with the account holders of Apartments #1 and #3.

## Conclusion

25. Based on the foregoing, I have probable cause to believe that, on or about July 31, 2018, OMAR falsely represented, with intent to deceive and for any purpose, a number to be the Social Security account number assigned by the Commissioner of Social Security to him, when in fact such number is not the Social Security account number assigned by the Commissioner of Social Security to him, in violation of 42 U.S.C. § 408(a)(7)(B). Further, I have probable cause to believe that on or about July 31, 2018, OMAR knowingly transferred, possessed and used, during and in relation to any felony violation enumerated in 18 U.S.C. § 1028A(c), and without lawful authority, a means of identification of another person, in violation of 18 U.S.C. § 1028A. Finally, I have probable cause to believe that OMAR resides at 30 Julian Street, Apartment #2, Dorchester, Massachusetts and that inside his residence will be evidence of OMAR's identity theft violations described above.

Sworn to under the pains and penalties of perjury.

_____
Bradley Gullicksrud
Special Agent
Federal Bureau of Investigation


Subscribed and sworn before me on February __7__, 2019

_____
Hon. David H. Hennessy
Chief United States Magistrate Judge

-

**Attachment A: Location to be Searched**
**30 Julian Street, Apartment #2, Dorchester, Massachusetts**

The premises at 30 Julian Street, Dorchester, Massachusetts is a three-unit building with three floors. The exterior of the building is tan in color. The exterior door is white. The number "30" is located to the right of the exterior door about two thirds of the way up the door. Two black mailboxes are hung to the left of the door, and one black mailbox is hung to the right of the door. Apartment #2 is located on the second floor of the building. Two photographs of the building located at 30 Julian Street, Dorchester, Massachusetts are located below.





**Attachment B: Items to be Seized**

All records, in whatever form, and tangible objects that constitute evidence, fruits, or instrumentalities of violations of 42 U.S.C. § 408(a)(7)(B) (Misuse of a Social Security Number) and 18 U.S.C. § 1028A (Aggravated Identity Theft) in whatever form from February 2014 to the present:

1. Identification documents belonging to any person using the name J.R.F.S., or any variations thereon, including but not limited to, driver's licenses, state identification cards, Social Security cards, birth certificates, employee identification cards or badges, library cards, passports, visas, bank cards, credit cards, and insurance cards.
2. Social Security documents and records belonging to any person using the name J.R.F.S., or any variations thereon.
3. All records reflecting the name, identity, date of birth, Social Security number, or other personal identifying information of J.R.F.S., or any variations thereon.
4. Electronic records reflecting the name, identity, date of birth, Social Security number, or other personal identifying information of J.R.F.S., or any variations thereon.
5. Identity documents, paperwork or any other objects, which appear to contain a photograph or likeness of the subject of this investigation, Omar LNU.
6. Identification documents belonging to any person using the name Omar LNU, or any variations thereon, including but not limited to, driver's licenses, state identification cards, Social Security cards, birth certificates, employee identification cards or badges, library cards, passports, visas, bank cards, credit cards, and insurance cards.
7. Social Security documents and records belonging to any person using the name Omar LNU, or any variations thereon.

8. All records reflecting the name, identity, date of birth, Social Security number, or other personal identifying information of Omar LNU, or any variations thereon.

9. Electronic records reflecting the name, identity, date of birth, Social Security number, or other personal identifying information of Omar LNU, or any variations thereon.