UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
18-4050-DHH

UNITED STATES OF AMERICA

v.

OMAR LNU

**MEMORANDUM AND ORDER OF DETENTION**

February 14, 2019

Hennessy, M.J.

  Defendant Omar LNU (who identified himself through counsel as Omar Lugo) is charged in a criminal complaint with one count of Misuse of a Social Security Number, in violation of 42 U.S.C. § 408(a)(7)(B), and one count of Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1). An initial appearance was held on February 14, 2019, the date of Defendant's arrest. At the February 14, 2019 initial appearance, I appointed counsel to represent Defendant and the United States moved for detention pursuant to the Bail Reform Act. Defendant, through counsel, assented to a voluntary order of detention without prejudice to seek release on conditions at a later date. The matter was continued to February 19, 2019 for a preliminary hearing.

  Accordingly, it is ORDERED that Defendant be DETAINED pending trial, and it is further ORDERED --

(1)     That Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     That Defendant be afforded a reasonable opportunity for private consultation with counsel; and

(3)     That on order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which Defendant is detained and confined deliver Defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to Defendant filing a motion at any time seeking a hearing to consider the issue of pre-trial release, regardless whether there have been changed circumstances.

   / s / David H. Hennessy
David H. Hennessy
United States Magistrate Judge